UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:11-cv-02442-JDW-EAJ

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

HOOTERS II, INC., a Florida corporation, d/b/a
HOOTERS OF TAMPA, and O'STEEN COMPANY
LLP, a Florida limited liability partnership,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, KENDRICK E. DULDULAO, and Defendants, HOOTERS II, INC., a Florida corporation, d/b/a HOOTERS OF TAMPA, and O'STEEN COMPANY, LLC, a Florida limited liability company, by and through their undersigned respective counsel, hereby notify the Court that settlement has been reached in the above styled case.  The Parties will file a Stipulation of Dismissal With Prejudice shortly hereafter.

  Respectfully submitted,

| | |
|---|---|
| By: s/ B. Bradley Weitz___ | By: s/John P. O'Flanagan___ |
| B. Bradley Weitz, Esq. | John P. O'Flanagan, Esq. |
| Florida Bar No. 479365 | Florida Bar No. 0072885 |
| THE WEITZ LAW FIRM, P.A. | BANKER LOPEZ GASSLER, P.A. |
| Attorney for Plaintiff | 501 E. Kennedy Blvd, Suite 1500 |
| Bank of America Building | Tampa, Florida 33602 |
| 18305 Biscayne Blvd., Suite 214 | Telephone:  (813) 222-1177 |
| Aventura, Florida 33160 | Facsimile:   (813) 222-3066 |
| Telephone:  (305) 949-7777 | Attorney for Defendants |
| Facsimile:   (305) 704-3877 | Email: joflanagan@bankerlopez.com |
| E-mail: bbw@weitzfirm.com | |

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-02442-JDW-EAJ

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

HOOTERS II, INC., a Florida corporation, d/b/a
HOOTERS OF TAMPA, and O'STEEN COMPANY
LLP, a Florida limited liability partnership,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ B. Bradley Weitz, Esq.
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone:  (305) 949-7777
    Facsimile:   (305) 704-3877

## SERVICE LIST

Kendrick E. Duldulao vs. Hooters II, Inc., et al.,
CASE NO.: 8:11-cv-02442-JDW-EAJ
United States District Court, Middle District Of Florida
Tampa Division

**John Patrick O'Flanagan, Esq.**
**BANKER LOPEZ GASSLER**
501 E. Kennedy Blvd, Suite 1500
Tampa, Florida 33602
Telephone:  (813) 221-1500, ext 1177
Facsimile:   (813) 222-3066
E-mail: joflanagan@bankerlopez.com
*Attorney for Defendants*
**FACSIMILE AND US MAIL**