## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CASE NO.:  8:11-cv-02442-JDW-EAJ

KENDRICK E. DULDULAO,

     Plaintiff,

vs.

HOOTERS II, INC., et al.,

     Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME Plaintiff, KENDRICK E. DULDULAO, and Defendants, HOOTERS II, INC., a Florida corporation, d/b/a HOOTERS OF TAMPA, and O'STEEN COMPANY, LLC, by and through their respective undersigned counsel and  pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice.  Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to a Settlement Agreement.  Dated this 22nd day of May, 2012.

Respectfully submitted,

By: s/ B. Bradley Weitz_____        By: s/John P. O'Flanagan____
   B. Bradley Weitz, Esq.               John P. O'Flanagan, Esq.
   Florida Bar No. 479365           Florida Bar No. 0072885
   THE WEITZ LAW FIRM, P.A.      BANKER LOPEZ GASSLER, P.A.
   Attorney for Plaintiff              501 E. Kennedy Blvd, Suite 1500
   Bank of America Building         Tampa, Florida 33602
   18305 Biscayne Blvd., Suite 214   Telephone:  (813) 222-1177
   Aventura, Florida 33160        Facsimile:   (813) 222-3066
   Telephone:  (305) 949-7777     Attorney for Defendants
   Facsimile:   (305) 704-3877      Email: joflanagan@bankerlopez.com
   E-mail: bbw@weitzfirm.com

  SO ORDERED: _____
                United States District Judge